IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS JOHN TIMS,

    Plaintiff,

  v.

RANDALL HEPP and YARI PUSICH,

    Defendants.

ORDER

Case No. 23-cv-745-wmc

Plaintiff Dennis John Tims, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action. Plaintiff has filed a certified copy of a trust fund account statement in support of the request for leave to proceed without prepaying the fee. After considering the trust fund account statement, the court concludes that plaintiff does not qualify for indigent status.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff does not qualify as indigent and must prepay the $402[1] fee for commencing this action.

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).

ORDER

IT IS ORDERED that:

Plaintiff Dennis John Tims must pay the $402 fee no later than October 26, 2023. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 31st day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge